1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANJON MARQUIS DOUGLAS,                    No.  2:23-cv-02327 KJM AC PS

12              Plaintiff,

13        v.                                     ORDER

14    UNIVERSAL PICTURES,

15              Defendant.

16

17        Plaintiff proceeds in this action in pro per.  The matter was referred to a United States

18   Magistrate Judge as provided by Local Rule 302(c)(21).

19        On October 18, 2023, the magistrate judge filed findings and recommendations, which

20   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

21   and recommendations were to be filed within twenty-one days.  ECF No. 3.  Plaintiff has filed

22   objections to the findings and recommendations.  ECF No. 4.

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

24   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

25   findings and recommendations to be supported by the record and by the proper analysis.

26   /////

27   /////

28   /////

                                          1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   The findings and recommendations filed October 18, 2023, are adopted in full.

3    2.   The Complaint (ECF No. 1) is DISMISSED with prejudice because it fails to state a

4         claim upon which relief can be granted without leave to amend because amendment

5         would be futile.

6    3.   The Clerk of Court is directed to close this case.

7    DATED:  December 28, 2023.

8

9    _____

10   CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2